# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>v.<br>OSCAR RAUL SANCHEZ-HERNANDEZ (1)<br>Defendant. | Criminal Case No. 23-cr-00865-LL<br>**JUDGMENT AND ORDER** |

This matter comes before the Court on the United States' motion to dismiss the Indictment and request to recall the Arrest Warrant as to Defendant Oscar Raul Sanchez-Hernandez (1).

IT IS HEREBY ORDERED that the Indictment in the above-captioned case is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the Arrest Warrant is recalled.

DATED: 7/27/2026

HONORABLE LINDA LOPEZ
UNITED STATES DISTRICT JUDGE